UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
          Petitioner,               )
                                    )
v.                                  )     MBD No. 05-10254-JLA
                                    )
MICHAEL J. CAMERON, SR.,             )
          Respondent.               )
_____)

**PETITIONER'S MOTION TO CONTINUE**
**SHOW CAUSE HEARING**

NOW COMES, the Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and hereby moves this court to continue the Show Cause Hearing scheduled for October 25, 2005 to a date convenient to this court.

As grounds therefore, Petitioner states that service upon the respondent of the Order to Show Cause Hearing with supporting pleadings has not been made.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                    By: /s/Patricia M. Connolly
                                        PATRICIA M. CONNOLLY
                                        Assistant U.S. Attorney
                                        John Joseph Moakley U..S. Courthouse
                                        1 Courthouse Way - Suite 9200
Dated: October 7, 2005                  Boston, MA 02210
                                        (617) 748-3282

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,      )
         Petitioner,           )
                              )
v.                            )    MBD No. 05-110254-JLA
                              )
MICHAEL J. CAMERON, SR.,       )
         Respondent.           )
_____)

## ORDER APPOINTING SPECIAL PROCESS SERVER

Petitioner, United States of America, has moved the Court pursuant to Fed. R. Civ. P. 4(c)(2), for appointment of an agent of the Internal Revenue Service, who is not a party, to effectuate service of the Order to Show Cause issued by this Court. It is, therefore,

ORDERED, that an agent of the Internal Revenue Service who is not a party to this matter, be and hereby is appointed to serve upon the respondent a copy of the ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT issued herewith, on or before the _____ day of OCTOBER, 2005.

_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE