UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
            Petitioner,             )
                                    )
v.                                  )     MBD No. 05-10254-JLA
                                    )
MICHAEL J. CAMERON, SR.,            )
            Respondent.             )
_____)

## MOTION TO APPOINT SPECIAL PROCESS SERVER

NOW COMES, the Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and hereby moves pursuant to Fed. R. Civ. P. 4(c)(2), that the Court specially appoint any agent of the IRS, who is not a party, to effectuate service of the ORDER TO SHOW CAUSE.

As grounds therefore, Petitioner states that the United States Marshals have been unable to serve the Respondent, and it is more likely that an IRS agent will successfully serve the Respondent.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN,
                                        United States Attorney

                            By:  /s/Patricia M. Connolly
                                PATRICIA M. CONNOLLY
                                Assistant U.S. Attorney
                                John Joseph Moakley Courthouse
                                1 Courthouse Way - Suite 9200
                                Boston, MA 02210
                                (617) 748-3282

Dated: October 7, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,           )
         Petitioner,                )
                                    )
v.                                  )     MBD No. 05-10254-JLA
                                    )
MICHAEL J. CAMERON, SR.,            )
         Respondent.                )
_____)

## ORDER APPOINTING SPECIAL PROCESS SERVER

Petitioner, United States of America, has moved the Court pursuant to Fed. R. Civ. P. 4(c)(2), for appointment of an agent of the Internal Revenue Service, who is not a party, to effectuate service of the Order to Show Cause issued by this Court. It is, therefore,

ORDERED, that an agent of the Internal Revenue Service who is not a party to this matter, be and hereby is appointed to serve upon the respondent a copy of the ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT issued herewith, on or before the _____ day of OCTOBER, 2005.


_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE