UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>MICHAEL J. CAMERON, SR.,<br>Respondent. | MBD No. 05-110254-JLA |

**ORDER APPOINTING SPECIAL PROCESS SERVER**

Petitioner, United States of America, has moved the Court pursuant to Fed. R. Civ. P. 4(c)(2), for appointment of an agent of the Internal Revenue Service, who is not a party, to effectuate service of the Order to Show Cause issued by this Court. It is, therefore,

ORDERED, that an agent of the Internal Revenue Service who is not a party to this matter, be and hereby is appointed to serve upon the respondent a copy of the ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE HELD IN CONTEMPT issued herewith, on or before the 31st day of OCTOBER, 2005.

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE