UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MBD No. 05-10254-RWZ/JLA |
| | ) | |
| MICHAEL J. CAMERON, SR., | ) | |
| Respondent. | ) | |

## AFFIDAVIT OF SERVICE

I, William J. Collins, Revenue Officer/Agent of the Internal Revenue Service, do hereby certify that on  November 8, 2005,  I served a copy of the Order to Show Cause, together with copies of the Petition to Enforce Internal Revenue Summons and supporting Exhibit and Affidavit, upon the said, MICHAEL J. CAMERON, SR. at his place of employment, 965 Route 128, South Yarmouth, Massachusetts 02664, BY HAND.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _14th_ DAY OF NOVEMBER, 2005.

William J. Collins
Revenue Officer / Agent of
Internal Revenue Service