UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>       Petitioner,    )<br>           )<br>v.    )<br>           )<br>MICHAEL J. CAMERON, SR.,    )<br>       Respondent.    ) | MBD No. 05-10254-RWZ/JLA |

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Joyce L. Alexander for hearing on January 12, 2006, and the respondent, Michael J. Cameron, Sr., not having shown any cause why he should not be obey the Internal Revenue Summons issued to him on November 1, 2004:

It is ORDERED that MICHAEL J. CAMERON, SR. obey the Summons and appear (with the documents described in the Summons) before Revenue Officer William J. Collins or any other officer of the Internal Revenue Service authorized to examine the records and take testimony on or before _____, 2006 at _____ am/pm at the office of the Internal Revenue Service, 1250 Hancock Street, Suite 503S, Quincy, MA 02169, (617) 472-2072.  Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                                                          _____
                                                                          JOYCE LONDON ALEXANDER
                                                                           UNITED STATES MAGISTRATE JUDGE

Dated:  January 12, 2006