UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Petitioner,<br><br>v.<br><br>MICHAEL J. CAMERON, SR.,<br>    Respondent. | )<br>)<br>)<br>)      MBD No. 05-10254-RWZ/JLA<br>)<br>)<br>) |

## MEMORANDUM AND ORDER ON SHOW CAUSE HEARING

The Government was represented by Patricia Connolly. The defendant did not appear. He instead called the Clerk approximately one hour before the hearing to say he was unavailable due to illness and/or injury.

This Court hereby orders the defendant to appear before the Internal Revenue Service pursuant to the attached Order dated January 12, 2006.



JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

Dated: January 12, 2006