

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*SCANNED DATE: 3/28/06 BY:*
*FILED IN CLERK'S OFFICE*
*2006 MAR 13 P 3:23*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

---

*Main Reception: (617) 748-3100*
*Secretary's Tel. No. (617) 748-3282*
*Fax No. (617) 748-3971*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way - Suite 9200*
*Boston, Massachusetts 02210*

March 13, 2006

Jarrett Lovett, Courtroom Clerk
   to Hon. Joyce London Alexander
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   United States v. Michael J. Cameron, Sr.
       U.S. District Court MBD No. 05-MC-10254-JLA

Dear Mr. Lovett:

    With reference to the above-entitled action, I am enclosing herein a fax copy of Mr. Cameron's February 9, 2006 letter to Revenue Officer William J. Collins with a cc: to Judge Alexander.

    Since this matter is still considered an open case until the respondent has complied with the Court's January 12, 2006 Order Enforcing Internal Revenue Service Summons, I would appreciate if you would advise me if Judge Alexander is going to take any action on Mr. Cameron's request for extension. If not, this office may proceed with contempt proceedings.

    I wish to thank you for your time and attention to this request.

                                                Very truly yours,

                                                Patricia M. Connolly
                                                Assistant U.S. Attorney

PMC/jmz
CC:   Don Guild, IRS
Enclosures

From: Michael J. Cameron Sr.
108 Cranberry Lane
S. Yarmouth, Ma. 02664
(508) 394-3436 House
(508) 364-8939 Cell

FILED
CLERKS OFFICE 2006
2006 MAR 13 P 3:23
U.S. DISTRICT COURT
DISTRICT OF MASS.

To: Revenue officer William J. Collins
1250 Hancock St Quincy, Ma. Suite 5035

Request for Extension of Hearing Date 2/13/06 10:1 Am
60-90 Days.

RE:1, Fracture of L-12 Back Vertabrae
(I can't sit for more than 10 minutes, Nor
Stand for more than 10 Minutes)
Driving for more than 10 minutes is extremely
Painful.

2. I Have been served Divorce Papers in
Barnstable County Probate Court.
Docket # A4D-869-DYS

3. Limited Acess to Family Home & Records Etc.

Michael J. Cameron Sr.

CC: Judge Joyce Alexander

A TRUE COPY ATTEST [10/27/06]

DEPUTY SHERIFF

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

BARNSTABLE Division

Docket No. 940-869-D/V1

## Divorce/Separate Support Summons

_Mary Cameron_, Plaintiff

v.

_Michael Cameron_, Defendant

To the above named Defendant:

You are hereby summoned and required to serve upon _Christie J. Peterson_ plaintiff's attorney whose address is _P.O. Box 152, Barnstable, MA 02630_ _____ a copy of your answer to the complaint for ☒ Divorce ☐ Separate Support
(type of action)

which is herewith served upon you, within 20 days after service of this summons...