UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) | M.B.D. No. 05-10254-RWZ/JLA |
| | ) | |
| MICHAEL J. CAMERON, SR., | ) | |
| Respondent. | ) | |

# MOTION TO WITHDRAW PETITION
# TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on June 30, 2005.

The petitioner now seeks to withdraw its petition because the respondent has complied with the January 12, 2006 Order Enforcing Internal Revenue Service Summons.

                                                 Respectfully submitted:

                                                 MICHAEL J. SULLIVAN,
                                                 United States Attorney

                             By:  /s/Patricia M. Connolly
                                                 PATRICIA M. CONNOLLY
                                                 Assistant U.S. Attorney
                                                 John Joseph Moakley U.S. Courthouse
                                                 1 Courthouse Way - Suite 9200
                                                 Boston, MA  02210
Dated: 5/10/06                    (617) 748-3282

Certificate of Service

       I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent first class mail, postage prepaid, to those indicated on the NEF as non-registered pro se participants on May 10, 2006.

Michael J. Cameron, Sr.
2 Buttercup Lane
South Yarmouth, MA  02664

                                                    /s/ Patricia M. Connolly
                                                    PATRICIA M. CONNOLLY
                                                    Assistant U.S. Attorney